IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:13-CV-273-MOC-DCK

| | |
|---|---|
| JAMES ANDREW LACOY, | ) |
| Plaintiff, | ) |
| v. | ) ORDER |
| IAC, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the Application For Admission *Pro Hac Vice*" (Document No. 11) filed by L. Stephen Kushner, concerning William P. Bingle on May 22, 2013. Mr. Bingle seeks to appear as counsel *pro hac vice* for Defendant IAC Albemarle, LLC, incorrectly identified in the complaint as IAC. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the Application For *Pro Hac Vice*" (Document No. 11) is **GRANTED.** William P. Bingle is hereby admitted *pro hac vice* to represent Defendant IAC Albemarle, LLC, incorrectly identified in the complaint as IAC.

**SO ORDERED**.

Signed: May 22, 2013

David C. Keesler
United States Magistrate Judge